**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: COVID-19 Airfare Refund Litigation | MDL Docket No. _____ |
|---|---|

**SCHEDULE OF ACTIONS**

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br><br>Emilio L. Vozzolo<br><br>**Defendants:**<br><br>Air Canada | Southern District of New York | 7:20-cv-3503 | Philip M. Halpern |
| 2 | **Plaintiffs:**<br><br>Thomas Levu<br><br>**Defendants:**<br><br>Air Canada, Inc. | Middle District of Florida | 6:20-cv-703 | Wendy W. Berger |
| 3 | **Plaintiffs:**<br><br>Lee Ward<br><br>**Defendants:** | Northern District of Texas | 4:20-cv-371 | Reed C. O'Connor |

|   | | | | |
|---|---|---|---|---|
|   | American Airlines, Inc. | | | |
| 4 | **Plaintiffs:**<br><br>Deanna Herr<br><br>**Defendants:**<br><br>Allegiant Air, LLC | District of Nevada (Transferred from Eastern District of Michigan) | 2:20-cv-01002 | Richard F. Boulware |
| 5 | **Plaintiffs:**<br><br>Rebecca Bratcher<br><br>**Defendants:**<br><br>Allegiant Travel Company | District of Nevada | 2:20-cv-767 | Andrew P. Gordon |
| 6 | **Plaintiffs:**<br><br>Stephen Ide<br><br>**Defendants:**<br><br>British Airways PLC | Southern District of New York | 1:20-cv-3542 | Jesse M. Furman |
| 7 | **Plaintiffs:**<br><br>Kevin Polk<br><br>**Defendants:** | Northern District of Georgia | 1:20-cv-02461 | Eleanor L. Ross |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Delta Air Lines, Inc. |   |   |   |
| 8 | **Plaintiffs:**<br><br>Elliot Daniels<br><br>**Defendants:**<br><br>Delta Air Lines Inc. | Northern District of Georgia | 1:20-cv-1664 | Eleanor L. Ross |
| 9 | **Plaintiffs:**<br><br>Angela Dusko<br><br>**Defendants:**<br><br>Delta Air Lines Inc. | Northern District of Georgia | 1:20-cv-1725 | Eleanor L. Ross |
| 10 | **Plaintiffs:**<br><br>Karla Maree<br><br>**Defendants:**<br><br>Deutsche Lufthansa AG | Central District of California | 8:20-cv-885 | Michael W. Fitzgerald |
| 11 | **Plaintiffs:**<br><br>Anthony Castanares, Kristin Sullivan<br><br>**Defendants:** | Central District of California | 2:20-cv-4261 | Michael W. Fitzgerald |

| | | | | |
|---|---|---|---|---|
| | Deutsche Lufthansa AG | | | |
| 12 | **Plaintiffs:**<br><br>Feliks Obertman<br><br>**Defendants:**<br><br>Frontier Airlines Inc. | Eastern District of California | 2:20-cv-820 | Kimberly J. Mueller |
| 13 | **Plaintiffs:**<br><br>Melissa Young<br><br>**Defendants:**<br><br>Frontier Airlines Inc. | District of Colorado | 1:20-cv-1153 | Phillip A. Brimmer |
| 14 | **Plaintiffs:**<br><br>Jamie Sweet<br>Stephanie Faust<br><br>**Defendants:**<br><br>Frontier Airlines Inc. | District of Colorado | 1:20-cv-1340 | Raymond P. Moore |
| 15 | **Plaintiffs:**<br><br>Nataly Alvarez<br><br>**Defendants:** | District of Hawai'i | 1:20-cv-175 | Magistrate Judge Rom Trader |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Hawaiian Airlines Inc. |  |  |  |
| 16 | **Plaintiffs:**<br><br>Cherish Daversa-Evdyriadis<br><br>**Defendants:**<br><br>Norwegian Air Shuttle ASA<br>Kiwi.com Inc. d/b/a/ Kiwi.com USA Inc. | Central District of California | 5:20-cv-767 | Jesus G. Bernal |
| 17 | **Plaintiffs:**<br><br>Anthony Greaves<br><br>**Defendants:**<br><br>Norwegian Air Shuttle ASA | Eastern District of New York | 1:20-cv-2121 | Eric R. Komitee |
| 18 | **Plaintiffs:**<br><br>Adrian Bombin<br><br>**Defendants:**<br><br>Southwest Airlines Co. | Eastern District of Pennsylvania | 5:20-cv-1883 | John M. Gallagher |
| 19 | **Plaintiffs:**<br><br>Brandon Hill<br><br>**Defendants:**<br><br>Spirit Airlines Inc. | Southern District of Florida | 0:20-cv-60746 | Raag Singhal |

| | | | | |
|---|---|---|---|---|
| 20 | **Plaintiffs:**<br><br>Lisa Boucher<br><br>**Defendants:**<br><br>Spirit Airlines Inc. | Southern District of Florida | 0:20-cv-60829 | Roy K. Altman |
| 21 | **Plaintiffs:**<br><br>Minely Diaz<br><br>**Defendants:**<br><br>Spirit Airlines Inc. | Southern District of Florida | 0:20-cv-60933 | Roy K. Altman |
| 22 | **Plaintiffs:**<br><br>Edward L. Manchur<br><br>**Defendants:**<br><br>Spirit Airlines Inc. | Southern District of Florida (Transferred from District of Massachusetts) | 0:20-cv-61003 | Rodolfo A. Ruiz |
| 23 | **Plaintiffs:**<br><br>Svetlana Sholopa<br><br>**Defendants:** | Southern District of New York | 1:20-cv-3294 | Andrew L. Carter, Jr. |

|    |                                                                                                                                                                 |                                |                |                   |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------|----------------|-------------------|
|    | Turkish Airlines, Inc.                                                                                                                                          |                                |                |                   |
| 24 | **Plaintiffs:**<br><br>Milica Milosevic<br><br>**Defendants:**<br><br>Turk Hava Yollari A.O. Inc<br>Turkish Airlines, Inc.<br><br>**Movant**:<br><br>Svetlana Sholopa | Southern District of New York  | 1:20-cv-3328   | Lewis J. Liman    |
| 25 | **Plaintiffs:**<br><br>Jacob Rudolph<br><br>**Defendants:**<br><br>United Airlines Holdings, Inc.<br>United Airlines, Inc.<br><br>**Movant:**<br><br>John Compo       | Northern District of Illinois  | 1:20-cv-2142   | Thomas M. Durkin  |
| 26 | **Plaintiffs:**<br><br>John Compo                                                                                                                               | Northern District of Illinois  | 1:20-cv-2166   | Thomas M. Durkin  |

| | | | | |
|---|---|---|---|---|
| | **Defendants:**<br><br>United Airlines Holdings, Inc.<br>United Airlines, Inc. | | | |
| 27 | **Plaintiffs:**<br><br>Pamela M. Utley<br>Andrea Utley<br>Alexandra C. Schrock<br>Ivana Woolfson<br>Nicholas Austin<br>Timothy Rosenberger<br>Aaron Woolfson<br><br>**Defendants:**<br><br>United Airlines Holdings, Inc.<br>United Airlines, Inc. | Northern District of Ohio | 1:20-cv-756 | Solomon Oliver, Jr. |
| 28 | **Plaintiffs:**<br><br>Josephine Marie Roman<br><br>**Defendants:**<br><br>JetBlue Airways Corp. | Eastern District of New York | 1:20-cv-1829 | Margo K. Brodie |
| 29 | **Plaintiffs:** | Eastern District of New | 1:20-cv-01966 | Ann M. Donnelly |

|    |                                                                                                                                                                      |                                    |              |                     |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------|--------------|---------------------|
|    | Carlos W. Martinez-Sanchez  **Defendants:**  Concesionaria Vuela Compania De Aviacion S.A.P.I. De C.V. Controladora Vuera Compania De Aviacion, S.A.B., De C.V.      | York                               |              |                     |
| 30 | **Plaintiffs:**  Samantha Levey  **Defendants:**  Concesionaria Vuela Compania De Aviacion S.A.P.I. De C.V. Controladora Vuera Compania De Aviacion, S.A.B., De C.V. | Northern District of Illinois      | 1:20-cv-2215 | John Robert Blakey  |
| 31 | **Plaintiffs:**  Carlos A. Jauregui  **Defendants:**  China Eastern Airlines Corporation Limited                                                                     | Central District of California     | 2:20-cv-4552 | John F. Walter      |
| 32 | **Plaintiffs:**  Kathy Belanger                                                                                                                                      | Northern District of Illinois      | 1:20-cv-03087 | John J. Thorp, Jr.  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Defendants:**<br><br>Iberia Lineas Aereas De Espana S.A. Opeadora |  |  |  |
| 33 | **Plaintiffs:**<br><br>Robert Chandler<br><br>**Defendants:**<br><br>Condor Flugendienst GMBH | District of Oregon | 3:20-cv-810-AC | Magistrate Judge John V. Acosta |
| 34 | **Plaintiffs:**<br><br>Ashley Bugarin<br><br>**Defendants:**<br><br>All Nippon Airways Co. Ltd. | Northern District of California | 5:20-cv-3341 | Beth Labson Freeman |
| 35 | **Plaintiffs:**<br><br>Martha Dumitrescu<br><br>**Defendants:**<br><br>Compania Panamena De Aviacion, S.A. | Eastern District of New York | 1:20-cv-2125 | LaShann DeArcy Hall |
| 36 | **Plaintiffs:** | District of Colorado | 1:20-cv-01751 | Magistrate Judge Michael E. Hegarty |

|    |                                                                                                   |                                     |                |                                      |
|----|---------------------------------------------------------------------------------------------------|-------------------------------------|----------------|--------------------------------------|
|    | Shirley Johnson<br><br>**Defendants:**<br><br>Frontier Airlines                                   |                                     |                |                                      |
| 37 | **Plaintiffs:**<br><br>Paula Gimello<br><br>**Defendants:**<br><br>American Airlines Group Inc.   | Eastern District of Pennsylvania    | 2:20-cv-02834  | Anita B. Brody                       |
| 38 | **Plaintiffs:**<br><br>Winifredo Herrera<br>Macaria Herrera<br><br>**Defendants:**<br><br>Cathay Pacific Airways Ltd. | Northern District of California     | 3:20-cv-3019   | Magistrate Judge Joseph C. Spero     |